

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHARLES NICHOLS,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>EDMUND G. BROWN, Jr., in his official capacity as Governor of California and KAMALA D. HARRIS, Attorney General, Attorney General in her official capacity as Attorney General of California,<br><br>    Defendants - Appellees. | No. 14-55873<br><br>D.C. No. 2:11-cv-09916-SJO-SS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Appellant's unopposed motion to stay appellate proceedings pending disposition of two *en banc* cases, *Peruta v. County of San Diego*, case no. 10-56791, and *Richards v. Prieto*, case no. 11-16255, is granted.

This case is stayed until August 14, 2015.

On or before the expiration of the stay, appellant shall file the opening brief or file a status report and an appropriate motion.

If appellant files the opening brief, the answering brief will be due September

13APRIL2015/LBS/Pro Mo

14-55873

14, 2015.

The optional reply brief is due within 14 days after service of the answering brief.

The filing of the opening brief or failure to file a status report shall terminate the stay.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10