UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHARLES NICHOLS,<br><br>       Plaintiff - Appellant,<br><br>v.<br><br>EDMUND G. BROWN, Jr., in his official capacity as Governor of California and KAMALA D. HARRIS, Attorney General, Attorney General in her official capacity as Attorney General of California,<br><br>       Defendants - Appellees. | No. 14-55873<br><br>D.C. No. 2:11-cv-09916-SJO-SS<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

Appellant's unopposed motion to further stay appellate proceedings pending disposition of two *en banc* cases, *Peruta v. County of San Diego*, case no. 10-56971, and *Richards v. Prieto*, case no. 11-16255, is granted.

This case is stayed until November 9, 2015.

On or before the expiration of the stay, appellant shall file the opening brief or file a status report and an appropriate motion.

If appellant files the opening brief, the answering brief will be due December 9, 2015.

The optional reply brief is due within 14 days after service of the answering brief.

The filing of the opening brief or failure to file a status report shall terminate the stay.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10